NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD EMERSON,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2023-1061

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-6012, Judge Coral Wong Pietsch.

---

**O R D E R**

Upon consideration of the parties' joint stipulation of voluntary dismissal of this appeal, pursuant to Federal Rule of Appellate Procedure 42(b)(1), ECF No. 12,

IT IS ORDERED THAT:

(1) The appeal is voluntarily dismissed.

2                                                    EMERSON v. MCDONOUGH

(2)  Each side shall bear its own costs.

FOR THE COURT



July 3, 2024                              Jarrett B. Perlow
     Date                                  Clerk of Court

ISSUED AS A MANDATE:  July 3, 2024